UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE WASHINGTON | : |
|     Plaintiff | : |
| | : CIVIL ACTION NO.: 3:21cv00949 (RNC) |
| v. | : |
| | : |
| NEW LONDON BOARD OF EDUCATION | : |
|     Defendant | : SEPTEMBER 29, 2021 |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, NEW LONDON BOARD OF EDUCATION,[1] hereby respectfully moves to dismiss the Amended Complaint filed by Plaintiff, LAWRENCE WASHINGTON, on September 7, 2021 in which he alleges: race discrimination in violation of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60(b)(1) (First Count) and Title VII of the Civil rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1) (Second Count); retaliation for his association with Corriche Gaskin in violation of the First Amendment brought pursuant to 42 U.S.C. § 1983 (Third Count); and common law claims for breach of the implied covenant of good faith and fair dealing (Fourth Count) and wrongful termination (Fifth Count). The Amended Complaint fails to state a claim upon which relief can be granted because:

    A.    Plaintiff failed to state a claim for race discrimination because his certification had lapsed and, therefore, he was not qualified for his position as Athletic Director.

    B.    Plaintiff's relationship with Corriche Gaskin as provided in the Amended Complaint is not the type of intimate association protected by the First Amendment.

---

[1] Plaintiff's Complaint initially named the City of New London as a defendant. The Amended Complaint does not. Thus, Plaintiff should either file a voluntary withdrawal as to the City of New London, or this Court should dismiss any such claim.

C. Plaintiff's common law claims are not viable because: (1) the claimed wrong is redressible as a Due Process claim brought pursuant to 42 U.S.C. § 1983; and (2) Plaintiff failed to allege the violation of a public policy.

WHEREFORE, for all those reasons more fully set forth in the attached memorandum of law, Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted and, therefore, must be dismissed in its entirety.

DEFENDANT,
NEW LONDON BOARD OF EDUCATION

By   /s/ Johanna G. Zelman
Johanna G. Zelman (ct26966)
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
Tel #:  (860) 740-1355
Fax #:  (860) 578-2075
Email:  jzelman@fordharrison.com

2

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 29th day of September, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Theodore W. Heiser, Esq.
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
theiser@sswbgg.com

                                            /s/ Johanna G. Zelman
                                            Johanna G. Zelman

WSACTIVELLP:12612975.1